IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FANKHANEL FARMS LIMITED
PARTNERSHIP**                                                          **PLAINTIFF**

v.                                      No. 1:13-cv-57-DPM

**HOLDEN-CONNER REALTY CO.;
LAWHON SEED LLC**                                                      **DEFENDANTS**

## JUDGMENT

Fankhanel Farms Limited Partnership's complaint is dismissed without prejudice for lack of subject matter jurisdiction.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 October 2013